THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* RONALD HUNTER, Defendant-Appellant.

(No. 55999; )

First District (1st Division)—April 2, 1973.

Opinion by Mr. JUSTICE EGAN.

Gerald W. Getty, Public Defender, of Chicago, for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, for the People.